McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERBERT CALI SIMILTON,<br><br>Defendant. | Case No. 2:18-mj-0145-DB<br><br>[PROPOSED] ORDER EXTENDING TIME FOR PRELIMINARY HEARING UNDER RULE 5.1(d) AND EXCLUSION OF TIME<br><br>Date: August 21, 2018<br>Time: 2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |

The Court has read and considered the parties' Stipulation and Extension of Time for Preliminary Hearing under Rule 5.1(d) and Exclusion of Time, filed August 15, 2018. The Court finds that the Stipulation, which the Court incorporates by reference into this Order, establishes good cause for an extension of time for the preliminary hearing date to September 4, 2018, under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

///

///

///

[PROPOSED] FINDINGS AND ORDER      1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to September 4, 2018, at 2:00 p.m. The defendants shall appear before United States Magistrate Judge Kendall J. Newman in Courtroom 25 on that date and time.

2. The time between August 21, 2018, and September 4, 2018, shall be excluded from calculation of time under 18 U.S.C. § 3161(h)(7)(A) [Local Code T-4].

SO ORDERED.

Dated: August 15, 2018

_____
Hon. Edmund F. Brennan
United States Magistrate Judge

[P~~ROPOSED~~] FINDINGS AND ORDER         2