IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HERBERT CALI SIMILTON,<br><br>  Defendant. | CASE NO. 2:18-CR-00169-KJM<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1. Defendant Herbert Cali Similton filed a motion for reduction in sentence and compassionate release on August 11, 2020. ECF No. 32. The government's response is due by August 26 2020, and any reply due September 2, 2020. ECF No. 34. Government counsel requests additional time to obtain records and draft the response brief.

2. Counsel for the defendant does not oppose this request.

3. Accordingly, by this stipulation, the parties now request that:

    a)    The government's opposition or response to defendant's motion be due on August 28, 2020; and

    b)    The defense reply, if any, will be due on September 4, 2020.

IT IS SO STIPULATED.

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

Dated: August 26, 2020

                                                  */s/ Robert J. Artuz*
                                                  ROBERT J. ARTUZ
                                                  Special Assistant United States Attorney

Dated: August 26, 2020                              /s/ *Gabriel J. Pacheco*
                                                  GABRIEL J. PACHECO
                                                  Counsel for Defendant

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court retroactively approves the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion is due on August 28, 2020; and

    b)    The defense reply, if any, will be due on September 4, 2020.

IT IS SO ORDERED.

DATED:  September 4, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE