```
PHILLIP A. TALBERT
United States Attorney
ROBERT ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>HERBERT CALI SIMILTON,<br><br>                          Defendant. | CASE NO. 2:18-CR-00169-KJM<br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S RENEWED MOTION FOR COMPASSIONATE RELEASE; FINDINGS AND ORDER |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for reconsideration of compassionate release on April 12, 2022. ECF No. 51. The government's response is due on or before April 19, 2022. L.R. 430.1(d).

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion shall be filed on or before April 27, 2022;

       b)    The defendant's reply to the government's response shall be filed on or before May 4, 2022.

IT IS SO STIPULATED.

Dated: April 18, 2022

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROBERT ARTUZ
ROBERT ARTUZ
Assistant United States Attorney

Dated: April 18, 2022

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
HERBERT CALI SIMILTON

## FINDINGS AND ORDER

It is so ORDERED. The Court sets the briefing schedule on the defendant's motion as follows:

    a)    The government's response to the defendant's motion shall be filed on or before April 27, 2022; and

    b)    The defendant's reply to the government's response shall be filed on or before May 4, 2022.

DATED: April 26, 2022.

CHIEF UNITED STATES DISTRICT JUDGE